# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2017

155612

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

SALLY GALLAGHER, as Next Friend of
CATHERINE E. GALLAGHER, a legally
incompetent person,
    Plaintiff-Appellee,

v

                 SC: 155612
                 COA: 335509
                 Kent CC: 16-003196-NO

MV TRANSPORTATION, INC., sometimes d/b/a
GO!BUS,
    Defendant-Appellant,
and

THERON A. CRAMATIE, INTERURBAN
TRANSIT PARTNERSHIP, CITY OF GRAND
RAPIDS, and NETWORK 180,
    Defendants.

_____/

   On order of the Court, the stipulation signed by counsel for the parties agreeing to
the dismissal of this application for leave to appeal is considered, and the application for
leave to appeal is DISMISSED with prejudice and without costs.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2017



t0926

              Clerk